USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

**HOUSTON DIVISION**

**18 CR 606**

USAO Number: 2018R01873

Magistrate Number:

**CRIMINAL INDICTMENT**     Filed  10/10/2018    Judge: _Lake_

**UNITED STATES of AMERICA**
vs.

**ATTORNEYS:**
**RYAN K. PATRICK, USA**     (713) 567-9000

M. Cipolletti, J. Le Riche, M. Sullivan, J. Lewis    (713) 567-9000

|  | Appt'd | Private |
|---|---|---|
| YUCHUN("BRUCE") MAO | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |

**CHARGE:** 
(TOTAL)
(COUNTS:)
( )

Ct. 1: Conspiracy to Commit Commodities Fraud [18 USC § 1349]

Cts. 2-3: Commodities Fraud [18 USC § 1348]

Cts. 4-5: Spoofing [7 USC §§ 6c(a)(5)(C) & 13(a)(2)]

**PENALTY:** Cts. 1-3: Not more than 25 years imprisonment, a $250,000 fine, and not more than a 5 year term of supervised release
Cts. 4-5: Not more than 10 years imprisonment, a $1,000,000 fine, and not more than a 3 year term of supervised release

☐ In Jail
☐ On Bond
☐ No Arrest

NAME & ADDRESS
of Surety:

**PROCEEDINGS:**